Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Josh Hogue

**UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA**

| Josh Hogue, | ) | **Case No.:** 2:10-cv-01415-MEA |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF SETTLEMENT** |
| Global Credit and Collection, Inc., | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, Josh Hogue, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                          Respectfully Submitted,

DATED: September 3, 2010     KROHN & MOSS, LTD.


                          By: /s/ Ryan Lee

                             Ryan Lee
                             Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Brooke Letterle, hereby certify that a copy of the foregoing was served via ELECTRONIC MAIL upon the following:

David J. Kaminski, Esq.
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, CA 90045
kaminskid@cmtlaw.com

Dated: September 3, 2010

By: *[signature]*
Brooke Letterle
Paralegal
Krohn & Moss, Ltd
120 W. Madison Street, 10th Fl.
Chicago, IL 60602
bletterle@consumerlawcenter.com